United States Bankruptcy Court
District of Connecticut

In re:  
Timothy Earl Smith  
     Debtor

Case No. 17-50339-jam  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-5     User: mjames     Page 1 of 1     Date Rcvd: Mar 30, 2017  
                 Form ID: 119     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.  
db           +Timothy Earl Smith,   7 West Wooster Street,    Apartment 1,    Danbury, CT 06810-7729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:  
         Molly T. Whiton     mtwhiton@mtwhiton.com  
         Richard P. Terbrusch     on behalf of Debtor Timothy Earl Smith info@terbruschlaw.com  
         U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                                           TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
March 30, 2017

In re:
    Timothy Earl Smith
                  Debtor*

Case Number: 17−50339 jam
Chapter: 13

**DEFICIENCY NOTICE AND
NOTICE OF DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY**

    The above−referenced case was commenced on March 29, 2017 (hereafter, the "Petition Date") with the following Petition Date Deficiencies indicated below:

    **I.    DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION OR WITHIN FOURTEEN DAYS OF THE PETITION**

(Not filed to date or incorrectly filed as indicated by check mark below)

    **NOTICE** is hereby given that that in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, Federal Rule of Bankruptcy Procedure 3015, and Local Rules of Bankruptcy Procedure 1007−1 and 1007−2, the documents indicated below, and not filed to date or incorrectly filed to date, must be filed with the Court within fourteen days of the Petition Date:

☐ Statement of Social Security Number (Official Form B121)

☐ Mailing Matrix

☐ Chapter 13 Plan

☐ Schedules A/B, C, D, E/F, G, H, I, J (Official Forms B106A/B−B106J2 for Individuals, Official Forms B206A/B−B206H for Non−Individuals, Schedule C is not required for Non−Individual debtor)

☐ Summary of your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum for Individuals, Official Form B206Sum for Non−Individuals)

☐ Statement of Financial Affairs (Official Form B107 for Individuals, Official Form B207 for Non−Individuals)

☐ Attorney's Disclosure of Compensation (Directors Form B2030)

☑ Credit Counseling Certificate (See 11 U.S.C. § 521 (b)(1)), Motion for Determination of Exigent Circumstances (See § 109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)). See Bankruptcy Rules 1007(b) and (c).

☐ Chapter 13 Statement of your Current Monthly Income and Calculation of Commitment Period and Chapter 13 Calculation of your Disposible Income (Official Forms B122C−1, B122C−2)

☐ Declaration about Debtor's Schedules (Offical Form B106dec for Individuals, Form B206dec for Non−Individuals)

☐  Bankruptcy Petition Preparers Notice, Declaration and Signature (Official Form B119)

    **II.   REQUIRED FILING FEE**

    **NOTICE** is further given that pursuant to Federal Rule of Bankruptcy Procedure 1006(a), every petition shall be accompanied by the filing fee prescribed by U.S.C. § 1903(a)(1)−(a)(5).

☐  Filing fee not paid

    **III.   DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY/DEFICIENCIES**

    **YOU ARE HEREBY NOTIFIED** that failure to timely file and/or correctly file any of the above indicated documents and/or pay the required filing fee within fourteen days of the Petition Date **shall** result in the **DISMISSAL** of your case.

    **YOU ARE FURTHER NOTIFIED**, that if you filed an application to pay the filing fee in installments, failure to pay the full filing fee by the final installment due date or any due date extended in accordance with Federal Rules of Bankruptcy Procedure 1006(b), **shall** result in the **DISMISSAL** of your case.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: March 30, 2017

BY THE COURT

*Myrna Atwater* (signature)

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 − msj

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.