UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TIMOTHY EARL SMITH | : | CASE NO. 17-50339 JAM |
| | : | |
| DEBTOR(S) | : | JUNE 1, 2017 |

**MOTION TO DISMISS CHAPTER 13 CASE**

    The Chapter 13 Standing Trustee Molly T. Whiton (Trustee) represents that the above referenced debtor or debtors (Debtor hereinafter) have failed to properly prosecute their bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to section 1307(c) based on the deficiencies indicated below.

    If the deficiencies set out below are remedied and the case is not dismissed, **notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan**. If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 1307(c)(5).

    The Debtor has failed to provide the Trustee with copies of tax returns for the last two years prior to filing, pursuant to sections 521(e)(2)(A), and 1308 of the Bankruptcy Code.

    The Debtor has failed to provide the Trustee with copies of advices or other evidence of payments received for the six months prior to filing, or updated payment advices or other evidence of payment updated to the time of confirmation pursuant to 521(a)(1)(iv), 101(10A), 1325(b)(2), 521(a)(3) and 521(a)(4) of the Bankruptcy Code.

    The Debtor has failed to provide to the Trustee copies of bank statements for the six months prior to filing pursuant to sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code.

    The Debtor has failed to provide the Trustee with property valuations for real or personal property pursuant to sections 1325(a)(4) and 521(a)(3) of the Bankruptcy Code. Therefore, the Trustee is unable to determine if the Plan provides for the distribution to unsecured claims of an amount that is not less than what unsecured creditors would receive in a Chapter 7 liquidation pursuant to 11 USC 1325(a)(4).

The Plan is not feasible.  The Debtor's Schedules I and J show net income of -$1,108.00.  The Plan requires a payment of $1,350.00 per month for 60 months.  It does not appear that the Debtor will be able to make all payments under the Plan within the meaning of 11 USC 1325(a)(6).

The Trustee is unable to determine whether or not the Plan was filed in good faith within the meaning of 11 USC 1325(a)(7) as the Debtor has failed to provide any of the documents referenced above.  In addition, the Debtor has failed to commence or maintain payments in the amount called for in the Debtor's plan as required by sections 1326(a) and 1307(c)(4) of the Bankruptcy Code. As of the date of this Motion, the Debtor has missed 2 payment(s) of $1,350.00 each, totaling $2,700.00 overdue.  Receipt schedule attached.

**Wherefore** the Trustee requests the following relief:

That the court dismiss the case, unless the indicated defects are cured prior to any hearing on this motion.

/s/Molly T. Whiton, Esq._____
Molly T. Whiton, Chapter 13 Standing Trustee
Fed Id #02214
10 Columbus Blvd
Hartford, CT 06106
Tel: (860) 278-9410
Fax: (860) 527-6185
email: mtwhiton@mtwhiton.com


VERIFICATION

The undersigned hereby swears or affirms that the information in the foregoing motion to dismiss is true and accurate to the best of their knowledge and belief as based on a review of the files and records of the Chapter 13 Trustee made and kept in the usual and ordinary course of business.

/s/Molly T. Whiton, Esq.
Molly T. Whiton, Trustee


Personally appeared before me Molly T. Whiton, Trustee who swore to the truth of the foregoing on the above date.

/s/Tina M. Golebiowski
Tina M. Golebiowski
Notary Public/My Comm. Expires 7/31/18

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss Case and proposed Order thereon

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   TIMOTHY EARL SMITH
   7 WEST WOOSTER STREET, APT. 1
   DANBURY, CT 06810

3. **Parties Served Electronically Include:**
   Debtor's Attorney:  RICHARD P. TERBRUSCH, ESQ.
   Email: rpt@terbruschlaw.com

   Office of the United States Trustee
   Kim McCabe, Assistant United States Trustee
   Email: ustpregion02.nh.ecf@usdoj.gov

   /s/Molly T. Whiton, Esq.
   By Molly T. Whiton, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

IN RE:                              : CHAPTER 13
                                    :
TIMOTHY EARL SMITH                  : CASE NO. 17-50339 JAM
         Debtor(s)                  :

ORDER DISMISSING CASE UNDER CHAPTER 13

A Trustee's Motion to Dismiss the above referenced case pursuant to 1307(c) having been filed with the court, after notice and hearing, *see* 11 U.S.C. section 102(1), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.