United States Bankruptcy Court
District of Connecticut

In re:  
Timothy Earl Smith  
     Debtor

Case No. 17-50339-jam  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-5     User: srai     Page 1 of 1     Date Rcvd: Jun 02, 2017  
                   Form ID: 112     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.  
db         +Timothy Earl Smith,   7 West Wooster Street,    Apartment 1,    Danbury, CT 06810-7729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:  
         Christopher G. Winans    on behalf of Creditor    Union Savings Bank chris@cgwinansesq.com  
         Molly T. Whiton    on behalf of Trustee Molly T. Whiton mtwhiton@mtwhiton.com  
         Molly T. Whiton    mtwhiton@mtwhiton.com  
         Patrick Crook     on behalf of Trustee Molly T. Whiton pcrook@mtwhiton.com  
         Richard P. Terbrusch    on behalf of Debtor Timothy Earl Smith info@terbruschlaw.com  
         U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                                                                                                                                                                                                                      TOTAL: 6

# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
June 2, 2017

In re:
Timothy Earl Smith
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–2981
            Debtor

Case Number: 17–50339 jam
Chapter: 13

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd, Room 326, Bridgeport, CT 06604** on **August 17, 2017** at **11:00 AM** to consider and act upon the following matter(s):

> **Motion to Dismiss Case For Failure to Make Plan Payments, Failure to Provide Documents etc. Filed by Molly T. Whiton on behalf of Molly T. Whiton, Trustee. (Re: Doc #15)**

**OBJECTION(S) DUE:** August 10, 2017 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** August 10, 2017 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: June 2, 2017

For the Court

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – sr